# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0999
LT Case No. 2019-CF-003241-A

_____

JAELIN JERODE JACKSON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

David Maldonado, J.D., of The Maldonado Law Firm, P.A.,
Lakeland, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

April 2, 2024

PER CURIAM.

   AFFIRMED.

EDWARDS, C.J., and EISNAUGLE and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____